**In The**

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

**NO. 09-13-00339-CR**
_____

**RAY EARNEST A/K/A RAY ERNEST MINGO A/K/A EARNEST RAY MINGO A/K/A ERNEST RAY MINGO, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 252nd District Court**
**Jefferson County, Texas**
**Trial Cause No. 11-11528**

**MEMORANDUM OPINION**

Appellant Ray Earnest a/k/a Ernest Mingo a/k/a Earnest Ray Mingo a/k/a Ernest Ray Mingo filed a motion to dismiss his appeal pursuant to Tex. R. App. P. 42.2. The motion is signed by appellant personally after counsel filed a brief which certifies that counsel could find no arguable error upon which to base an appeal. We therefore treat the motion to dismiss the appeal as agreed to by counsel. *See* Tex. R. App. 42.2. No opinion has issued in this appeal.

1

It is ORDERED that the motion to dismiss the appeal is GRANTED, and the appeal is therefore DISMISSED.

APPEAL DISMISSED.

_____
STEVE McKEITHEN
Chief Justice

Opinion Delivered January 15, 2014
Do Not Publish

Before McKeithen, C.J., Kreger and Johnson, JJ.